IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **HALEY OLSON,**<br><br>          Plaintiff,<br><br>     v.<br><br>**GRANT COUNTY, GLENN PALMER, AND JIM CARPENTER,**<br><br>          Defendants. | Case No. 2:20-cv-01342-SU<br><br>**ORDER** |

**IMMERGUT, District Judge.**

On January 26, 2021, Magistrate Judge Patricia Sullivan issued her Findings and Recommendation (F&R), ECF 25, recommending that this Court deny Defendant Jim Carpenter's Motion to Dismiss, ECF 9. No party filed objections.

### DISCUSSION

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de

PAGE 1 – ORDER

novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, sua sponte" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge Sullivan's conclusions. The F&R, ECF 25, is adopted in full. Defendant Carpenter's Motion to Dismiss, ECF 9, is DENIED.

**IT IS SO ORDERED**.

DATED this 18th day of February, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER