ELLEN F. ROSENBLUM
Attorney General
DAVID BERRYMAN #183049
Assistant Attorney General
KENNETH C. CROWLEY #883554
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: david.berryman@doj.state.or.us
Kenneth.c.crowley@doj.state.or.us

Attorneys for Defendant District Attorney Jim Carpenter

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HALEY OLSON,<br><br>Plaintiff,<br><br>v.<br><br>GRANT COUNTY, SHERIFF GLENN PALMER, DISTRICT ATTORNEY JIM CARPENTER,<br><br>Defendants. | Case No. 2:20-cv-01342-SU<br><br>DEFENDANT JIM CARPENTER'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT |

Defendant Jim Carpenter, by and through the undersigned, in response to plaintiff’s complaint, admits, denies, and alleges as follows:

1.

In response to paragraph 1, this is plaintiff’s introductory paragraph to which no response is required. To the extent any facts requiring a response are alleged, they are denied unless expressly admitted hereinafter.

2.

In response to paragraphs 2 and 3, these are plaintiff's Jurisdictional and Venue allegations to which no response is required. To the extent any facts requiring a response are alleged, they are denied unless expressly admitted hereinafter.

3.

The allegations in the following paragraphs are directed against co-defendants, and no response is required. To the extent a response is required, Defendant Jim Carpenter denies: 5, 6, 8, 9, 32-38, and 46-81.

4.

Defendant Jim Carpenter is without sufficient knowledge as to the truth of the allegations contained in paragraphs 4, 11–17, and 20 and therefore denies the same.

5.

Defendant Jim Carpenter denies the allegations contained in paragraphs 24, 26-31, 40-45, 83-88, and 90-96.

6.

Defendant Jim Carpenter admits the allegations contained in paragraphs 7.

7.

In response to paragraph 10, Plaintiff's arrest and police records speak for themselves. Except as expressly admitted, Defendant Jim Carpenter denies the remaining allegations.

8.

In response to paragraphs 18 and 19, Defendant Jim Carpenter admits that Plaintiff made a public records request and that Carpenter responded to that request. Those records speak for themselves. Except as expressly admitted, Defendant Jim Carpenter denies the remaining allegations.



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

9.

In response to paragraph 21, Defendant Jim Carpenter denies that he "distributed" or otherwise shared any information from plaintiff's cell phone. Except as expressly admitted, Defendant Jim Carpenter denies the remaining allegations.

10.

In response to paragraph 22, Defendant Jim Carpenter admits that he learned through the discovery process in this case that Plaintiff filed a DPSST complaint. That complaint speaks for itself. Except as expressly admitted, Defendant Jim Carpenter is without sufficient knowledge as to the truth of the remaining allegations and therefore denies the same.

11.

In response to paragraph 23, Defendant Jim Carpenter admits that plaintiff filed a complaint in Grant County Circuit Court. That complaint speaks for itself. Except as expressly admitted, Defendant Jim Carpenter denies the remaining allegations.

12.

Defendant Jim Carpenter admits and denies the allegations contained in paragraph(s) 25, 39, 82, and 89 as heretofore admitted and denied.

13.

Except as expressly admitted above, Defendant denies each and every allegation of Plaintiff's complaint.

**JURY DEMAND**

14.

Defendant Jim Carpenter invokes his right to trial by jury for all claims and issues so triable.



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

**FIRST AFFIRMATIVE DEFENSE**

**Discretionary Immunity**

15.

The plaintiff's claims for relief are based upon the Defendant Jim Carpenter's alleged performance of/or failure to exercise or perform discretionary functions or duties. Defendant Jim Carpenter is immune from liability from plaintiff's claim pursuant to ORS 30.265(6)(c).

**SECOND AFFIRMATIVE DEFENSE**

**Tort Claim Liability Limit**

16.

Plaintiff is barred from seeking damages in excess of those provided by ORS 30.271.

**THIRD AFFIRMATIVE DEFENSE**

**Apparent Authority Immunity**

17.

Defendant Jim Carpenter is immune from liability from plaintiff's claim pursuant to ORS 30.265(6)(f).

**FOURTH AFFIRMATIVE DEFENSE**

**No Punitive Damages**

18.

Plaintiff fails to state a claim upon which an award for punitive damages can be granted.

**FIFTH AFFIRMATIVE DEFENSE**

**Qualified Immunity**

19.

Defendant Jim Carpenter is entitled to qualified immunity for all his actions. At all times relevant to Plaintiff's third amended complaint, Defendant Carpenter was acting in good faith and within his discretion pursuant to the laws and statutes of the State of Oregon and the United



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

States, and his conduct violated no clearly established statutory or constitutional rights of which a reasonable official would have knowledge.

**SIXTH AFFIRMATIVE DEFENSE**

**Prosecutorial Immunity**

20.

Plaintiff's claims are barred because defendant Jim Carpenter is entitled to absolute and/or qualified prosecutorial immunity.

**SEVENTH AFFIRMATIVE DEFENSE**

**Failure to State a Claim**

21.

Plaintiff fails to state a claim upon which this court can grant relief under any theory of recovery set forth in the complaint and under any theory of damages or recovery set forth in the complaint.

**EIGTH AFFIRMATIVE DEFENSE**

**Tort Claim Notice**

22.

Plaintiff failed to serve an adequate or timely tort claim notice.

**RESERVATION OF ADDITIONAL DEFENSES**

22.

Defendant Jim Carpenter reserves the right to assert additional defenses as may become known to them through investigation and discovery.



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

WHEREFORE, having fully answered plaintiff's third amended complaint, Defendant Jim Carpenter prays for a judgment in favor of Defendant Jim Carpenter against plaintiff, dismissing plaintiff's third amended complaint in its entirety and awarding Defendant Jim Carpenter its costs and disbursements incurred herein, and for such other and further relief as the Court may deem appropriate.

DATED March __11__, 2021.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ David Berryman*

DAVID BERRYMAN #183049
Assistant Attorney General
KENNETH C. CROWLEY #883554
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
david.berryman@doj.state.or.us
kenneth.c.crowley@doj.state.or.us
Of Attorneys for Defendant Jim Carpenter



Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791