IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **HALEY OLSON**,<br><br>        Plaintiff,<br><br>     v.<br><br>**GRANT COUNTY**, a government entity, **GLENN PALMER**, an individual, and **JIM CARPENTER**, an individual,<br><br>        Defendants. | Case No. 2:20-cv-01342<br><br>**JUDGMENT** |

**IMMERGUT, District Judge.**

      Based on this Court's March 15, 2022, Order granting Defendants' Motion to Compel, ECF 87, this Court's March 22, 2023, Order and Opinion Granting Defendants' Motions for Summary Judgment, Denying Plaintiff's Amended Motion for Partial Summary Judgment, and Denying Plaintiff's Motions for Adverse Inference, ECF 148, and this Court's May 1, 2023 Order denying Defendant Grant County and Defendant Glenn Palmer's Motion for Imposition of Fees, ECF 157, Judgment is hereby entered in favor of Defendants.

PAGE 1 – JUDGMENT

This action is DISMISSED with prejudice. No fees are awarded to any party.

**IT IS SO ORDERED.**

DATED this 1st day of May, 2023.

                                                /s/ Karin J. Immergut
                                                Karin J. Immergut
                                                United States District Judge